**[Dnptrml]** [NOTICE OF PRE–TRIAL/STATUS CONFERENCE – REMOVAL]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          Case No. 6:26–bk–00399–LVV
                                                Chapter 11
Martin Charles Flynn


_____Debtor*_____/

Martin Charles Flynn Jr

et. al.

          Plaintiff*


vs.                                             Adv. Pro. No. 6:26–ap–00068–LVV


Pedixon, LLC


_____Defendant*_____/

### NOTICE OF PRE–TRIAL/STATUS CONFERENCE

Notice is hereby given that a Notice of Removal of a civil action has been filed by Martin Charles Flynn, Jr., removing an action pending in the CIRCUIT COURT OF THE SIXTEENTH JUDICIAL CIRCUIT IN AND FOR MONROE COUNTY, FLORIDA styled 650 85TH, LLC, a Florida limited liability company, SHERWOOD CONSTRUCTION, INC., a Florida corporation, and MARTIN C. FLYNN, JR., individually., Plaintiff(s) vs. Pedixon, LLC, Defendant(s), Case No 2025–CA–000518–M.

If the party filing the Notice of Removal has not already done so, then within seven days from the date of this Notice, the party: (i) shall file a complete copy of the docket from the removed action (but not copies of the entire record), and (ii) as directed in Local Rule 9027–1(b), shall file **as separate docket entries** the operative pleadings, substantive rulings, and any pending motions and responses included in the state court record.

The Court will conduct a Pretrial/Status Conference in Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801, on May 27, 2026, at 03:00 PM. All pending motions, other than motions for summary judgment, may be heard at the Pretrial/Status Conference.

All parties must attend the hearing in person. Remote appearances are only permitted in limited circumstances as set forth in Judge Vaughan's Hearing Guidelines available at https://www.flmb.uscourts.gov/judges/vaughan/.

*Avoid Delays. You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District

Court and Local Bankruptcy Rule 5073–1.

DATED: May 12, 2026

FOR THE COURT

Jose A Rodriguez, Clerk of Court

George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

...

[*]All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.