

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/27/2026 03:00 PM

COURTROOM   6C, 6th Floor

## HONORABLE LORI VAUGHAN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:26-bk-00399-LVV** | **Chapter 11** | **04/20/2026** |

**ADVERSARY:   6:26-ap-00068-LVV**

**Pltf Atty:**  Daniel A Velasquez

**Dft Atty:** James   Timko

**DEBTOR:**          Martin Charles Flynn, Jr

**HEARING:**

Flynn, Jr et al v. Pedixon, LLC

1) Status Conference
Note:
Notice of Removal filed 4/20/26
Case #2025-CA-000518-M
Pending:
1) Defendant's Motion for Remand; filed 4/30/26 (Doc #6)

**APPEARANCES:**:
Dan Velasquez: Debtor; James Timko: Pedixon LLC

 **RULING:**
 1) Status Conference - Continued to 7/21/2026 at 1:30pm (AOCNFNG)

2) Defendant's Motion for Remand; filed 4/30/26 (Doc #6) - set for preliminary hearing 7/21/2026 at 1:30pm (AOCNFNG)

(aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.